**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-25908-RAR**

**SUNHONEY LLC**,

    Plaintiff,

v.

**SHEIN DISTRIBUTION CORPORATION**, *et al.*,

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION AND GRANTING
## JOINT MOTION TO CONDUCT MEDIATION REMOTELY

**THIS CAUSE** comes before the Court on the Notice of Filing Joint Proposed Order Scheduling Mediation, [ECF No. 28], and the Joint Motion to Conduct Mediation Conference Remotely ("Motion"), [ECF No. 29]. Having carefully reviewed the Motion and the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion, [ECF No. 29], is **GRANTED**. The mediation conference in this matter shall be held with Mark Stein, Esq. on **September 2, 2026, at 9:00 A.M. ET** via videoconference. A report of the mediation must be filed within **seven (7) days** of the mediation conference.

**DONE AND ORDERED** in Miami, Florida, this 4th day of June, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**